UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN BALL,** | : | Civil No. 1:12-cv-812 |
| **Plaintiff** | : | |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **SUPT. NANCY GIROUX, et al.** | : | |
| **Defendants** | : | |

## ORDER

**NOW**, on this 1st day of June 2012, **IT IS HEREBY ORDERED THAT** upon review of Magistrate Judge Carlson's May 4, 2012 Report and Recommendation (Doc. No. 10), and no timely objections being filed, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2. Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED and Plaintiff's complaint is DISMISSED without prejudice.

3. Plaintiff shall have twenty (20) days to amend her complaint. If Plaintiff fails to file an amended complaint in the time specified, the Clerk of Court will be directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania