UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN BALL, **Plaintiff** : : : v. : : SUPT. NANCY GIROUX, et al., : **Defendants** : | Civil No. 1:12-cv-812 (Chief Judge Kane) (Magistrate Judge Carlson) |

## MEMORANDUM ORDER

On May 4, 2012, Magistrate Judge Carlson issued a Report and Recommendation in which he recommended that Plaintiff's complaint be dismissed without prejudice. (Doc. No. 10.) Having received no objections, this Court adopted the Report and Recommendation on June 1, 2012. (Doc. No. 14.) The Court cautioned Plaintiff that failure to file an amended complaint would result in the Court directing the Clerk of Court to close the case. (Id.) Although Plaintiff has filed multiple documents in this case since the Court's June 1, 2012 order, she has not endeavored to amend her complaint. On July 10, 2012, Judge Carlson recommended the complaint be dismissed with prejudice. (Doc. No. 22.) In response, Plaintiff filed objections in which she raises issues regarding being confined in a strip cell "on and off" between April and June. (Doc. No. 24.) Upon a review of Plaintiff's complaint, the Court must agree with Judge Carlson that Plaintiff's complaint must be dismissed as frivolous for failure to state a claim because Plaintiff's complaint is time-barred and runs afoul of the rule against permitting pro se prisoners to file class action suits on behalf of their fellow inmates.

ACCORDINGLY, on this 16th day of August 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 22) is **ADOPTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim. The Clerk of

Court is directed to close the case.

                                            S/ Yvette Kane
                                            Yvette Kane, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania